UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7554

———————

CHARLES M. ANDERSON,

Plaintiff - Appellant,

versus

BROWN & WILLIAMSON TOBACCO CORPORATION; JACK
LEE; JIM COFFEY, Business Manager, Keen
Mountain Correctional Center; RON ANGELONE;
RICHARD WILSON, Commissary Manager, Keen
Mountain Correctional Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-98-567-R)

———————

Submitted:  February 11, 1999      Decided:  February 24, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles M. Anderson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Anderson appeals the district court's order dismissing his civil action. To the extent that Anderson's action is considered as filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 1998), the district court properly found that Anderson failed to exhaust his administrative remedies. See 42 U.S.C.A. § 1997e(a) (West Supp. 1998). In addition, one of the Defendants, Brown and Williamson Tobacco Corp., is not a state actor within the meaning of § 1983. Finally, to the extent the action is premised on diversity jurisdiction, it appears that complete diversity of citizenship did not exist; therefore, the district court lacked jurisdiction over the action. See 28 U.S.C. § 1332 (1994); Owen Equip. & Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2